DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 6042926 |
| JAKE BAISLEY | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, William Fitzpatrick, the Acting United States Attorney for the District of New Jersey, hereby dismisses Violation No. 6042926 against defendant Jake Baisely, which was filed on April 8, 2017 charging him with Theft in SMTJ, for the reason that prosecution of defendant Jake Baisley is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Jake Baisley of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
WILLIAM FITZPATRICK
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 9/27/17